# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO: 3:15-CV-512-MOC-DSC

| | |
|---|---|
| BETTY PORTER ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JAMES ANTHONY PERRI, et. al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the Court on a filing (document #10) from pro se Plaintiff in which she requests appointment of a "friend of Court" to assist her in this case. The Court is treating this filing as a motion to appoint counsel.

Plaintiff cites no applicable authority supporting her request for court-appointed counsel in a civil case. Moreover, the Court is not aware of any case law, statute, Federal Rule of Civil Procedure, or Local Rule requiring the appointment of counsel in a civil case such as the one brought by Plaintiff, and no funds have been appropriated for that purpose.

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff's motion to appoint counsel (document #10) is **DENIED**.

2. The Clerk is directed to send copies of this Order to the pro se Plaintiff; to defense counsel; and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: October 29, 2015

David S. Cayer
United States Magistrate Judge