# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Betty Porter Allen, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:15-cv-00512-MOC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| James Anthony Perri | ) | |
| Susan D. Sturgess | ) | |
| Chris Mauriello | ) | |
| Piedmont Emergency Medicine | ) | |
| Associates, PA | ) | |
| Mecklenburg County Courts | ) | |
| Carolina Medical Systems, | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2016 Order.

Signed: March 11, 2016

Frank G. Johns, Clerk
United States District Court